1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

FILED
DEC 07 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:15-MJ-00061 |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| MANUEL ENRIQUE VON BORSTEL-MENDOZA, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to the defendant, and be made public record.

DATED: Dec 7, 2015

_E. P. _____
United States Magistrate Judge

Motion to Unseal Indictment         2